**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Kelly Lee Johnson,<br>    Debtor | Chapter 13<br><br>CASE NO: 1:26-bk-00307 |

### MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtor, by and through her attorney, Dawn Cutaia, files this Motion for Extension of Time to file Schedules and Documents and in support thereof states the following:

1. Debtor filed an emergency Chapter 13 bankruptcy petition on February 1, 2026, to stop a sheriff sale.

2. Debtor's paperwork is due February 15, 2026.

3. While Debtor's paperwork is mostly complete, she requires additional time and Counsel will then need to review it with the Debtor.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant her an extension until March 16, 2026, to file her remaining documents.

Date: February 16, 2025

Respectfully Submitted:

/s/ Dawn M. Cutaia

Attorney for Debtors
Supreme Court ID: 77965
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Kelly Lee Johnson,
    Debtor

Chapter 13

CASE NO: 1:26-bk-00307

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby **GRANTED** and the

Debtor is given until March 16, 2026 to file her remaining documents.