United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 26-00307-HWV

Kelly Lee Johnson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                    Page 1 of 2

Date Rcvd: Mar 04, 2026                    Form ID: ntnew341                          Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Lee Johnson, 3330 Grandview Dr, York Haven, PA 17370-9252 |
| 5778038 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5778039 | | Email/Text: collectionsbankruptcy@belco.org | Mar 04 2026 18:38:00 | Belco Community Credit Union, Attn: Bankruptcy, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| 5778040 | + | Email/Text: Bankruptcy@BAMcollections.com | Mar 04 2026 18:39:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 5778041 | + | Email/Text: omx-bnc-bk-notices@chime.com | Mar 04 2026 18:39:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 5778042 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 04 2026 18:39:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5780876 | | Email/Text: exeter@ebn.phinsolutions.com | Mar 04 2026 18:39:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5778043 | | Email/Text: exeter@ebn.phinsolutions.com | Mar 04 2026 18:39:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5778044 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 04 2026 18:39:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 3807, Coppell, TX 75019-5877 |
| 5778045 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 04 2026 18:39:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5778036 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2026 18:39:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5778047 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 04 2026 18:39:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 5778048 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 18:43:12 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5783430 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 18:43:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5778049 | ^ | MEBN | Mar 04 2026 18:36:17 | Receivable Management Services. LLC, Attn: Bankruptcy, 7350 Tilghman St, Allentown, PA 18106-9012 |
| 5778050 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 04 2026 18:39:00 | Santander Bank, Santander Consumer USA Inc., |

| | | | | |
|---|---|---|---|---|
| | | | | BK, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5783376 | + Email/Text: enotifications@santanderconsumerusa.com | | Mar 04 2026 18:39:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5778342 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | Mar 04 2026 18:43:12 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5778051 | + Email/Text: bankruptcynotification@wellspan.org | | Mar 04 2026 18:39:00 | Wellspan Health, 1001 S. George St., York, PA 17403-3676 |
| 5778037 | + Email/Text: kcm@yatb.com | | Mar 04 2026 18:39:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5778046 | * | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Kelly Lee Johnson dmcutaia@gmail.com<br>cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kelly Lee Johnson,
fka Kelly Mease,

Chapter 13

**Debtor 1**

Case No. 1:26−bk−00307−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: April 9, 2026<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 4, 2026 |

ntnew341 (09/23)