United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Kelly Lee Johnson

    Debtor

Case No. 26-00307-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Lee Johnson, 3330 Grandview Dr, York Haven, PA 17370-9252 |
| cr | + | Exeter Finance LLC, 2860 Patton rd, Roseville, MN 55113-1100 |
| 5778038 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5788069 | | Email/Text: collectionsbankruptcy@belco.org | May 21 2026 19:00:00 | BELCO Community Credit Union, 449 Eisenhower BLVD, Harrisburg, PA 17111, Harrisburg, PA 17111 |
| 5778039 | | Email/Text: collectionsbankruptcy@belco.org | May 21 2026 19:00:00 | Belco Community Credit Union, Attn: Bankruptcy, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| 5778040 | + | Email/Text: Bankruptcy@BAMcollections.com | May 21 2026 19:01:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 5778041 | + | Email/Text: omx-bnc-bk-notices@chime.com | May 21 2026 19:01:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 5778042 | + | Email/Text: dylan.succa@commercialacceptance.net | May 21 2026 19:01:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5780876 | | Email/Text: exeter@ebn.phinsolutions.com | May 21 2026 19:01:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5778043 | | Email/Text: exeter@ebn.phinsolutions.com | May 21 2026 19:01:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5778044 | + | Email/Text: bankruptcy@flagshipcredit.com | May 21 2026 19:01:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 3807, Coppell, TX 75019-5877 |
| 5778045 | + | Email/Text: bankruptcy.notices@hdfsi.com | May 21 2026 19:01:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5788042 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 21 2026 19:01:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5778036 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2026 19:01:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5791979 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 21 2026 19:01:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5778047 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 21 2026 19:01:00 | LoanCare Llc, Attn: Bankrutpcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 5778048 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

|  |  | May 21 2026 19:00:16 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5783430 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |
|  |  | May 21 2026 19:00:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5778049 | ^ MEBN |  |  |
|  |  | May 21 2026 18:57:47 | Receivable Management Services. LLC, Attn: Bankruptcy, 7350 Tilghman St, Allentown, PA 18106-9012 |
| 5778050 | + Email/Text: enotifications@santanderconsumerusa.com |  |  |
|  |  | May 21 2026 19:01:00 | Santander Bank, Santander Consumer USA Inc., BK, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5783376 | + Email/Text: enotifications@santanderconsumerusa.com |  |  |
|  |  | May 21 2026 19:01:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5778342 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov |  |  |
|  |  | May 21 2026 19:00:16 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5778051 | + Email/Text: bankruptcynotification@wellspan.org |  |  |
|  |  | May 21 2026 19:01:00 | Wellspan Health, 1001 S. George St., York, PA 17403-3676 |
| 5778037 | + Email/Text: kcm@yatb.com |  |  |
|  |  | May 21 2026 19:00:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5788043 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5778046 | * | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Dawn Marie Cutaia

on behalf of Debtor 1 Kelly Lee Johnson dmcutaia@gmail.com
cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kelly Lee Johnson,
fka Kelly Mease,

Chapter     13

**Debtor 1**

Case No.     1:26−bk−00307−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 17, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 24, 2026 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 21, 2026 |

ntcnfhrg (08/21)