IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
Kelly Lee Johnson,
    Debtor

Santander Bank, N.A., as servicer for Santander
Consumer USA Inc.
    Movant

v.

Kelly Lee Johnson,
    Respondent

Jack N. Zaharapoulos,
    Trustee

Chapter 13

CASE NO 1:26-bk-00307-HWV

## **ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the above-captioned Debtor, Kelly Lee Johnson, by and through her attorney, Dawn Cutaia, who files this Answer:

1. Admitted.

2. Admitted.

3. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.

4. The Debtor admits to being behind, but any arrears can be cured through an amended plan.

5. Debtor is without personal knowledge as to the balance of the account. As such, this paragraph is denied.

6. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.

7. Denied. Any arrears can be cured through an amended plan.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay and allow Debtor to cure any arrears with an amended plan.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtor
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com